SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for The United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUDY A. GARTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA and ) <br> DOES 1 to 20, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 06-05754 CW <br> **E-FILING CASE** <br><br> **STIPULATION AND ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF MISSOURI** |

1  Because the witnesses and documents relevant to the decision of this case are located in
2  the Eastern District of Missouri, because the events out of which this action arose took place in
3  the Eastern District of Missouri, and because Missouri law will apply to the substantive aspects
4  of this case, the parties agree that this case should be transferred to the Eastern District of
5  Missouri for the convenience of the Court, parties, and witnesses.
6  So stipulated and respectfully submitted,

                                                      THE HOLLAND LAW FIRM

Dated: _____

                                                      GEORGE HOLLAND, JR.
                                                      Attorney for Plaintiff

                                                      SCOTT N. SCHOOLS
                                                      United States Attorney

Dated: _____

                                                      OWEN P. MARTIKAN
                                                     Assistant United States Attorney

## ORDER

Pursuant to stipulation and for good cause shown, this case shall be transferred forthwith to the United States District Court for the Eastern District of Missouri.

SO ORDERED.

Dated: 7/26/07

*Claudia Wilken*
_____
HON. CLAUDIA WILKEN
United States District Judge